LOWDON et al. v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. February 25, 1908.) No. 1,715. In Error to the District Court of the United States for the Northern District of Texas. See 149 Fed. 673, 79 C. C. A. 361. J. C. Muse, S. P. Hardwicke, W. L. Crawford, Geo. E. Miller, and H. B. Birmingham, for plaintiffs in error. Wm. H. Atwell, U. S. Atty. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. A majority of the judges are of opinion that there is no reversible error in the record. The judgment of the District Court is therefore affirmed.

---

MANKIN et al. v. UNITED STATES, for Use of LUDOWICI–CALADON CO. et al. (Circuit Court of Appeals, Fifth Circuit. March 31, 1908.) No. 1,762. In Error to the Circuit Court of the United States for the Southern District of Mississippi. O. W. Catchings and T. C. Catchings, for plaintiffs in error. Gerard Brandon, for defendants in error. Before PARDEE, Mc-CORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the Circuit Court is affirmed, on authority of Hill v. American Surety Company of New York, 200 U. S. 197, 26 Sup. Ct. 168, 50 L. Ed. 437.

---

STEEL PROTECTED CONCRETE CO. et al. v. CENTRAL IMPROVEMENT & CONTRACTING CO. (Circuit Court of Appeals, Fifth Circuit. March 31, 1908.) No. 1,757. Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. J. D. Rouse, Wm. Grant, W. B. Grant, and D. Walter Brown, for appellants. J. R. Beckwith, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. Our examination of the evidence brings us to the same conclusion as that reached by the trial court (155 Fed. 279) and, for the reasons given by Judge Saunders, the decree dismissing the bill is affirmed.

---

THE MARTHA E. WALLACE. (Circuit Court of Appeals, Second Circuit. March 10, 1908.) No. 156. Appeal from the District Court of the United States for the Southern District of New York. Carl Schurz Petrasch (W. S. Montgomery, Carl Schurz Petrasch, and Charles E. Travis, of counsel), for appellant. Alexander & Ash (Mark Ash and William Ash, of counsel), for appellee. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decree of District Court (151 Fed. 353) affirmed, with interest and costs.

---

MORSE DRY DOCK & REPAIR CO. v. MUNSON S. S. CO. (Circuit Court of Appeals, Second Circuit. February 17, 1908.) No. 186. Appeal from the District Court of the United States for the Southern District of New York. Wheeler, Cortis & Haight, for appellant. Armstrong, Brown & Boland, for appellee. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. We think the district judge was correct in holding that the action was upon an account stated; his reasons for so holding being fully set out in the opinion. 155 Fed. 150. As the appeal has deprived the appellee of the use of a large sum of money, a great part of which was concededly due to it, we think the decree should be affirmed, with interest and costs, and 5 per cent. damages.